DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE LUIS TRONCO-MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   ) | |
|---|---|
| ) | Cr.S. 08-470-EJG |
| Plaintiff,   ) | |
| ) | **STIPULATION AND ORDER** |
| v.   ) | |
| ) | DATE: October 31,2008 |
| JOSE LUIS TRONCO-MEDRANO,   ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant.   ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS TRONCO-MEDRANO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 31, 2008 be continued to Friday, November 21, 2008 at 10:00 a.m.

The reason for this continuance is that the parties are awaiting completion of the pre-plea report by probation and, thereafter, will seek to resolve this case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 21, 2008

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3
4  DATED: October 27, 2008        Respectfully submitted,
                                  DANIEL J. BRODERICK
5                                 Federal Defender

6                                 /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
7                                 Assistant Federal Defender
                                  Attorney for Defendant
8                                 JOSE LUIS TRONCO-MEDRANO
9
10 DATED: October 27, 2008        McGREGOR W. SCOTT
                                  United States Attorney
11
12                                /s/ Benjamin Galloway for
                                  DANIEL MCCONKIE
13                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including November 21, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 29, 2008.    /s/ Edward J. Garcia
                            EDWARD J. GARCIA
                            United States District Judge