DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE LUIS TRONCO-MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-470-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: November 21, 2008 |
| JOSE LUIS TRONCO-MEDRANO, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS TRONCO-MEDRANO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 21, 2008 be continued to Friday, December 12, 2008 at 10:00 a.m.

   The reason for this continuance is that defense counsel requires additional time to obtain and review records relating to prior criminal convictions attributed to Mr. Tronco-Medrano in order to ensure an accurate calculation of criminal history.  It is anticipated that this matter will resolve at the next hearing.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 12, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 18, 2008   Respectfully submitted,
                           DANIEL J. BRODERICK
                           Federal Defender

                           /S/ Benjamin Galloway
                           BENJAMIN GALLOWAY
                           Assistant Federal Defender
                           Attorney for Defendant
                           JOSE LUIS TRONCO-MEDRANO

DATED: November 18, 2008   McGREGOR W. SCOTT
                           United States Attorney

                           /s/ Benjamin Galloway for
                           DANIEL MCCONKIE
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 12, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 18, 2008.   /s/ Edward J. Garcia
                            EDWARD J. GARCIA
                            United States District Judge