```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE LUIS TRONCO-MEDRANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-470-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: December 12, 2008 |
| JOSE LUIS TRONCO-MEDRANO, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS TRONCO-MEDRANO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the change of plea set for Friday, December 12, 2008 be continued to Friday, January 9, 2009 at 10:00 a.m.

The reason for this continuance is that defense counsel has requested but not yet received superior court records relating to prior criminal convictions attributed to Mr. Tronco-Medrano.  Additional time is required to obtain and review these records in order to ensure an accurate calculation of criminal history.  It is anticipated that this

matter will resolve shortly after these documents are received.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for January 9, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 10, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE LUIS TRONCO-MEDRANO


DATED: December 10, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 9, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: December 10, 2008.        /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge

2