DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE LUIS TRONCO-MEDRANO

FILED
JAN 5 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Filed 1/5/09 C. Lydon Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSE LUIS TRONCO-MEDRANO,
Defendant.

Cr.S. 08-470-EJG

**STIPULATION AND ~~[PROPOSED]~~ ORDER** c/EJG

DATE: January 9, 2009
TIME: 10:00 a.m.
JUDGE: Hon. Edward J. Garcia

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS TRONCO-MEDRANO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the change of plea set for Friday, January 9, 2009 be continued to Friday, February 6, 2009 at 10:00 a.m..

The reason for this continuance is that defense counsel has requested but not yet received superior court records relating to prior criminal convictions attributed to Mr. Tronco-Medrano. Additional time is required to obtain and review these records in order to ensure an accurate calculation of criminal history. It is anticipated that this

matter will resolve shortly after these documents are received.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for February 6, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 30, 2008

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JOSE LUIS TRONCO-MEDRANO

DATED: December 30, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Benjamin Galloway for
DANIEL MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 6, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: Jan 5, 2009.

EDWARD J. GARCIA
United States District Judge